costs in all courts to appellant to abide event. Held, defendant may be held liable for damages in the nature of waste for painting advertising signs on plaintiff's building, notwithstanding its license from plaintiff's tenant, provided the damage is not trivial. Defendant is not liable for signs painted on the same wall space previously by the Buffalo Gunning System.

IRWIN, Respondent, v. WARREN et al., Appellants. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by Patricia M. Irwin against Whitney Warren and others. H. M. Hewson, of New York City, for appellants. R. W. Childs, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

J. A. BRENNAN DRILLING CO. v. WINDER. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by the J. A. Brennan Drilling Company against John H. Winder. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

JANISZEWSKI, Appellant, v. FITZPATRICK, Respondent. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) Action by Felixa Janiszewski, as administratrix, etc., against William H. Fitzpatrick. No opinion. Motion denied, without costs. See, also, 146 N. Y. Supp. 1095.

In re JAQUISH. (Supreme Court, Appellate Division, Third Department. May 6, 1914.) In the matter of the application of George L. Jaquish for an order to punish for contempt George W. Kelly, Norman L. Kelly, and David G. Kelly for alleged violation of an injunction contained in a final judgment entered in Delaware county clerk's office May 11, 1912, in the action in the Supreme Court entitled George L. Jaquish, Plaintiff, v. George W. Kelly, Norman L. Kelly, and David G. Kelly, Defendants.

PER CURIAM. Order affirmed, without costs.

KELLOGG and WOODWARD, JJ., dissent.

JEPSON, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Action by Alfred Jepson against the International Railway Company. For opinion below, see 80 Misc. Rep. 247, 140 N. Y. Supp. 941.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, P. J., dissents, upon the ground that the judgment in favor of the defendant in the action brought by plaintiff against the Crosstown Street Railway Company for the same injuries arising out of the same accident is a bar to this action.

JOHN, Respondent, v. SCOTT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 18, 1914.) Action by Bagdon John, as administrator, etc., against Robert Scott and others, constituting the co-partnership of Scott Bros. No opinion. Appeal dismissed, without costs, upon stipulation filed.

JOHNSTON, Respondent, v. E. J. McLAUGHLIN CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Thomas Johnston, an infant, etc., against the E. J. McLaughlin Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re JONES. (Supreme Court, Appellate Division, First Department. April 24, 1914.) In the matter of Holmes Jones, an attorney. No opinion. Application of respondent for an adjournment, or for transfer of proceeding to another department, denied; the respondent to be allowed two weeks from April 24th to file such brief or memorandum as he desires. See, also, 147 N. Y. Supp. 583.

In re JONES. (Supreme Court, Appellate Division, First Department. May 22, 1914.) In the matter of Holmes Jones, an attorney. No opinion. Motion denied. Settle order on notice. See, also, 147 N. Y. Supp. 583.

JONES, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Action by Robert Jones against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

FOOTE and MERRELL, JJ., dissent.

JONES et al., Respondents, v. LANGE, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 18, 1914.) Action by Saunders P. Jones and another against Max A. Lange, impleaded with others. No opinion. Judgment affirmed, with costs.

JONES, Appellant, v. MILLARD et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Action by Herbert A. Jones, as administrator, etc., against Allen J. Millard and another. No opinion. Motion to vacate order entered January 23, 1914, dismissing the appeal, with costs, denied, with $10 costs, upon the ground that the appellant is not entitled to have the default opened and the order of dismissal vacated as a matter of right, with leave to renew the application as a matter of favor. See, also, 147 N. Y. Supp. 1118, 1119.

JONES, Appellant, v. MILLARD et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by Herbert A. Jones, as administrator, etc., against Allen J. Millard and another.

PER CURIAM. Motion to open default as matter of favor granted, upon condition that the appellant, on or before the 18th day of April, 1914, procure the printed record on appeal to be signed and filed as required by rule 41 of the general rules of practice, and pay to respondent's attorney $10 costs of this motion, and $10 costs directed to be paid by the order of